# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

SEP 17 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

September 14, 2007

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

**Appeal Number: 07-11027-F**
Case Style: Jonathan Elliott v. Church of Scientology
District Court Number: 06-80424 CV-LRJ

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood /scw (404)335-6185

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-11027-F

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 1 4 2007
THOMAS K. KAHN
CLERK

JONATHAN ELLIOTT,
d.b.a. Evolve Talent Agency,

Plaintiff-Appellant,

versus

CHURCH OF SCIENTOLOGY,

Defendant-Appellee.

----------------------------
On Appeal from the United States District Court for the
Southern District of Florida
----------------------------

BEFORE: ANDERSON, BLACK and MARCUS, Circuit Judges.

BY THE COURT:

On its own motion, the Court DISMISSES this appeal as FRIVOLOUS.

See Eleventh Circuit Rule 42-4.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: Sheila Welter
Deputy Clerk
Atlanta, Georgia